# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JEREMY HICKMAN**                                                                                     **PLAINTIFF**

**VS.**                                                        **CIVIL ACTION NO. 1:21-CV-00118-HSO-RHWR**

**CITY OF WIGGINS**                                                                                 **DEFENDANT**

## STIPULATION OF DISMISSAL

It is stipulated, pursuant to Rule 41(a)(1)(A)(ii), that all claims against the Defendant in the above-entitled action may be, and hereby are, dismissed with prejudice pursuant to the terms of a Confidential Release of Claims and Settlement Agreement, which includes full provisions for any and all claims of attorneys' fees and costs in connection with this action.

The parties agree that, based on this Stipulation, the Court may enter a Final Judgment dismissing this case with prejudice and retain jurisdiction to enforce the terms of the Confidential Release of Claims and Settlement Agreement.

Dated:  May 24, 2022.

                                                Respectfully submitted,

                                                PHELPS DUNBAR LLP

                                    BY:    */s/ Jason T. Marsh*
                                                      G. Todd Butler, MB #102907
                                                      Jason T. Marsh, MB #102986
                                                      4270 I-55 North
                                                      Jackson, Mississippi 39211-6391
                                                      Post Office Box 16114
                                                      Jackson, Mississippi  39236-6114
                                                      Telephone: 601-352-2300
                                                      Telecopier: 601-360-9777
                                                      Email:  butlert@phelps.com
                                                                marshj@phelps.com

                                                **ATTORNEYS FOR DEFENDANT**

   */s/ Benjamim U. Bowden*
Benjamin U. Bowden, MB Bar #3733
Ben Bowden PC
8927 Lorraine Rd.
BridgeWater Commons, Ste 204-B
Gulfport, MS  39503
Telephone:  228-896-5652
Telecopier:  228-896-5689
Email:  Bowden@BenBowdenLaw.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that I had a copy of this document filed electronically, meaning that all counsel of record will receive electronic notice.

SO CERTIFIED, this the 24th day of May, 2022.

*/s/ Jason T. Marsh*
JASON T. MARSH